In the Matter of the Claim of JOHN LUOMA, Respondent, against SPEARIN, PRESTON & BURROWS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued June 2, 1954; decided July 14, 1954.

*John Nielsen* and *John P. Smith* for appellants.

*Nathaniel L. Goldstein, Attorney-General (John J. Quinn, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs. Both questions certified answered in the negative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.